IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

KAITLIN TAGG,

    Plaintiff,

v.

RIVERSIDE HEALTHCARE
ASSOCIATION, INC.,
d/b/a RIVERSIDE REGIONAL
MEDICAL CENTER,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No: 4:24-cv-6

[X]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Kaitlin Tagg take nothing, that the action be dismissed on the merits, and the defendant, Riverside Healthcare Association, Inc. d/b/a Riverside Regional Medical Center, recover of the plaintiff, Kaitlin Tagg, its costs of action.

Date: November 21, 2025

FERNANDO GALINDO, CLERK

By: _____
    Deputy Clerk

_____
Raymond A. Jackson
United States District Judge

Form of judgment approved in accordance
with Fed. R. Civ. P. 58.